# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LEON WASHINGTON                                                PLAINTIFF
ADC #089852

v.                              No. 4:26-cv-566-DPM

ARKANSAS BOARD OF PAROLE AND
POST TRANSFER BOARD,
Commissioners;  JOHN FELTS, Chairman
Arkansas Board of Parole;  and DEXTER
PAYNE, Director, Arkansas Department of
Corrections                                                    DEFENDANT

## JUDGMENT

Washington's complaint and amended complaint (as supplemented) are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_14 July 2026_