**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEON WASHINGTON** **PLAINTIFF**
**ADC #089852**

**v.** **No. 4:26-cv-566-DPM**

**ARKANSAS BOARD OF PAROLE AND POST TRANSFER BOARD, Commissioners; JOHN FELTS, Chairman Arkansas Board of Parole; and DEXTER PAYNE, Director, Arkansas Department of Corrections** **DEFENDANTS**

## ORDER

Washington's post-Judgment petition for relief from his obligation to pay his filing fee, *Doc. 9*, is denied. The Court appreciates Washington's explanation of his *in forma pauperis* status and offer to perform public service work toward forgiveness of that debt. The Prison Litigation Reform Act, however, doesn't authorize this relief. 28 U.S.C. § 1915(b)(1)–(2).

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 October 2026